**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  
LILIAN PERELSHTEYN

Chapter 13

Debtor

Bankruptcy No. 19-13811-ELF

## ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

Date: November 19, 2019

_____
Eric L. Frank
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA 19105

Debtor's Attorney:
PRO-SE
*
*
*, * *

Debtor:
LILIAN PERELSHTEYN

391 FOXCROFT DRIVE

IVYLAND, PA 18974-